IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, *by his next friend* LORI ROSS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 21-cv-4035 ) |
| JENNIFER TIDBALL, in her official capacity as acting Director of Missouri Department of Social Services; | ) ) ) ) ) |
| MARK STRINGER, in his official capacity as Director of the Missouri Department of Mental Health; and | ) ) ) ) |
| JOAN ROGERS, in her official capacity as Interim Director of Children's Division of Missouri Department of Social Services, | ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Molly E. Carney of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiff.

                Respectfully submitted,
                /s/ Molly E. Carney
                Molly E. Carney, #70570MO
                ACLU of Missouri Foundation
                906 Olive St., Suite 1130
                St. Louis, Missouri 63101
                Phone: (314) 652-3114
                mcarney@aclu-mo.org
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, a copy of the foregoing was filed electronically and served on all counsel of record by operation of the CM/ECF system.

/s/ Molly E. Carney