IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, *by his next friend* LORI ROSS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 21-cv-4035<br>) |
| JENNIFER TIDBALL, in her official capacity as acting Director of Missouri Department of Social Services; | )<br>)<br>)<br>) |
| MARK STRINGER, in his official capacity as Director of the Missouri Department of Mental Health; and | )<br>)<br>)<br>) |
| JOAN ROGERS, in her official capacity as Interim Director of Children's Division of Missouri Department of Social Services, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Kayla M. DeLoach of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiff.

                                                Respectfully submitted,
                                                /s/ Kayla M. DeLoach
                                                Kayla M. DeLoach, #72424
                                                ACLU of Missouri Foundation
                                                906 Olive St., Suite 1130
                                                St. Louis, Missouri 63101
                                                Phone: (314) 652-3114
                                                kdeloach@aclu-mo.org
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, a copy of the foregoing was filed electronically and served on all counsel of record by operation of the CM/ECF system.

/s/ Kayla M. DeLoach