IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-04035-NKL |
| JENNIFER TIDBALL, et al., | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY

Assistant Attorney General Zachary T. Buchheit moves to withdraw as counsel for Defendants Jennifer Tidball, Mark Stringer and Joan Rogers. Mr. Buchheit has left the employment of the Missouri Attorney General's Office on August 3, 2021.

Assistant Attorney General Jeremiah Morgan has entered his appearance and will remain as counsel for the Defendants.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Zachary T. Buchheit*
Zachary T. Buchheit, #71816
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-3914
(573) 751-9456 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2021, a copy of the foregoing was filed via the Court's electronic filing system, which sent electronic notification to all counsel of record.

*/s/ Zachary T. Buchheit*
Zachary T. Buchheit

2

Case 2:21-cv-04035-NKL   Document 54   Filed 08/05/21   Page 2 of 2